BUTLER ET AL. VS. GAINES ET AL.

For the principles involved in this case, see *Rector et al. vs. Gaines et al., ante.*

*Appeal from the Circuit Court of Hot Spring county.*

Hon JOHN C. MURRAY, Special Judge, presiding.

WILLIAMS & WILLIAMS, for the appellants.

WATKINS & GALLAGHER, for the appellees.

Mr. Justice SCOTT delivered the opinion of the Court.

There is no error in this record, as we think, except in the ruling of the Court below as to the recovery of rents and profits. On that question the Court erred, and the judgment must be reversed, unless the appellees shall elect to enter a remittitur; in which case it will be affirmed, as in the other cases where this point has been considered and determined.

Mr. Chief Justice ENGLISH did not sit in this case.